UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PIO AUGUSTINO FAGAAUTAU,

      Petitioner,

 v.

JASON BENNETT,

      Respondent.

CASE NO. 3:24-cv-05703-RAJ-BAT

**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS***

  Petitioner has filed a federal habeas petition, and an application seeking leave to proceed *in forma pauperis* (IFP). The Court GRANTS Petitioner's application to proceed IFP. Dkt.1. The Clerk shall file petitioner's petition for writ of habeas corpus without prepayment of fees and shall also provide petitioner a copy of this Order.

  DATED this 29th day of August, 2024.

                _____
                BRIAN A. TSUCHIDA
                United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1