UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PIO AUGUSTINO FAGAAUTAU,

        Petitioner,

v.

JASON BENNETT,

        Respondent.

CASE NO. 3:24-cv-05703-RAJ-BAT

**MINUTE ORDER**

The following Minute Order is made at the direction of the Court, the Hon. Brian A. Tsuchida:

The Court notes that the Report and Recommendation dated August 29, 2024, contained a typographical error indicating that petitioner's objections are due on September 12, 2023, instead of September 12, 2024. The Court hereby clarifies **that petitioner's objections to the Report and Recommendation (Dkt. 8) are due on September 12, 2024**. The Report and Recommendation remains noted for September 13, 2024.

The Clerk is directed to provide a copy of this minute order to petitioner.

DATED this 30th day of August, 2024.

                                        Ravi Subramanian
                                        Clerk of Court

                                    By: Marsha Honda
                                        Deputy Clerk

MINUTE ORDER - 1