UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PIO AUGUSTINO FAGAAUTAU,

              Petitioner,

v.

JASON BENNETT,

              Respondent.

CASE NO. 3:24-cv-05703-RAJ-BAT

**ORDER DENYING MOTIONS, DKTS. 10-14.**

On August 29, 2024, the Court recommended Petitioner's habeas petition be dismissed because it is untimely and lacks merit. Dkt. 8. Petitioner did not object to this recommendation and instead filed motions to (1) supplement the record; (2) produce records; and order an Answer. *See* Dkts. 10, 11, 12, 13, and 14. These motions have been referred to the undersigned. As none of the motions alter the uncontested fact the habeas petition filed in this case is time-barred and presents meritless grounds for relief, the Court ORDERS: Plaintiff's pending motions, Dkts. 10, 11, 12, 13, and 14 are DENIED.

DATED this 28th day of October, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING MOTIONS, DKTS. 10-14.
- 1