UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PIO AUGUSTINO FAGAAUTAU,

                Petitioner,

    v.

JASON BENNETT,

                Respondent.

CASE NO. 3:24-cv-05703-RAJ-BAT

**ORDER OF DISMISSAL**

Having reviewed *de novo* the Report and Recommendation of the assigned United States Magistrate Judge, any objections, responses, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The case is dismissed with prejudice. Issuance of a certificate of appealability is denied.

(3) The Clerk shall provide Petitioner a copy of this Order.

Dated this 31st day of October 2024.

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1